UNITED STATES FEDERAL COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THE TRUSTEES OF THE SOFT DRINK
AND BREWERY WORKERS UNION,
LOCAL 812 RETIREMENT FUND,

                                   Plaintiffs,

- against -

G & M BEVERAGE DISTRIBUTORS, INC.,

                                   Defendant.
-----------------------------------------------------------x

DEFAULT JUDGMENT

2:20-CV-2318 (SJF)(ARL)

**FILED**
**CLERK**
1:38 pm, Oct 20, 2020
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

This action having been commenced by Plaintiffs, the Board of Trustees of the Soft Drink and Brewery Workers Union, Local 812 Retirement Fund (the "Fund") by the filing of a Summons and Complaint on May 22, 2020, a copy of the Summons and Complaint having been served upon Defendant G & M Beverage Distributors, Inc. via the Office of the Secretary of State of the State of New York on August 4, 2020 and Defendant having failed to answer or otherwise move with respect to the Complaint and the time therefore having expired and the Clerk of the Court having issued a Certificate of Default against Defendant on September 9, 2020;

NOW, on motion of Cary Kane LLP, attorneys for Plaintiffs, by Owen M. Rumelt, Esq., it is:

ORDERED, ADJUDGED AND DECREED, that Plaintiffs, in their fiduciary capacity for the Fund, have judgment against Defendant in the amount of $413,379.40    consisting of withdrawal liability due to the Fund in the amount of
(SJF/pak)
$203,487.00, interest accrued on the withdrawal liability owed to the Fund as of September 12, 2020 in the amount of $100,726.07, liquidated damages in the amount of

$100,726.07, attorneys' fees for this action in the amount of $~~5,250.00~~ $4,200.00 (SJF/pak), costs of this action in the amount of $527.31 and additional interest accrued on the amounts owed to the Fund from September ~~XX,~~ 13 (SJF/pak) 2020 through entry of Judgment in the amount of $100.35 per day. (*i.e.*, $3,712.95 ($203,487.00 @ 18% for 37 days (9/13/2020 to 10/20/2020))). (SJF/pak).

SO ORDERED this 20th day of October 2020 at Central Islip, New York.

/s/ *Sandra J. Feuerstein*
Hon. Sandra J. Feuerstein, U.S.D.J